Clerk: JEFFREY D, KYLE
Price Daniel, Sr. Bldg /Rm 101
209 W. 14th St.
Austin, TX 78701
re: Cause No. 10,445-E

03-13-00520-CR

Dear Sir,

Please note my change of address to Ellis Unit:

MICHAEL T. BRUGMANN

TDCJ # 1168101

1697 FM 980

Huntsville, TX 77343

I notified the trial court also.

Thank You,
Michael T. Brugmann

RECEIVED

OCT 19 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

MICHAEL T. BRUGMANN
TDCJ-ID # 1168101
1697 FM 980
Huntsville, TX 77343

NORTH HOUSTON TX 773

13 OCT 2015 PM 4 L

USA
FOREVER
2014

2547

Clerk: Jeffrey D. Kyle
Price Daniel, Sr. Bldg. / Room 101
209 W. 14th St.
Austin, TX 78701

78701161409